# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>**Young Ho Kim;** <br>**Donna Suk Kim;** <br>**YHK Management**, Inc., a California Corporation; and Does 1-10, <br><br>　　　　　Defendants. | Case: No. 4:18-CV-04423-HSG <br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include November 6, 2018.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 9/24/2018

　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stipulation　　　　　　　　　　　　　Case No. 4:18-CV-04423-HSG