UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>v.<br><br>**Young Ho Kim**;<br>**Donna Suk Kim**;<br>**YHK Management, Inc**., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: No.**: 4:18-CV-04423-HSG**<br><br>**ORDER DENYING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.
2. All deadlines based on the joint site inspection deadline shall be recalculated based on the date of this Order.

IT IS SO ORDERED.

Dated: 2/12/2019

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

**DENIED**
Judge Haywood S. Gilliam Jr.

1